IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Doriety, Regina H

Printed: 9/3/08

Case Number: 04 B 30329
Judge: Wedoff, Eugene R
Filed: 8/16/04

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:     Completed: July 24, 2008
Confirmed: November 18, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 16,863.88 |  |
| Secured: |  | 7,919.87 |
| Unsecured: |  | 5,562.19 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,410.00 |
| Trustee Fee: |  | 890.04 |
| Other Funds: |  | 81.78 |
| Totals: | 16,863.88 | 16,863.88 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Robert J Adams & Associates | Administrative | 2,410.00 | 2,410.00 |
| 2. | Midfirst Bank | Secured | 0.00 | 0.00 |
| 3. | Ford Motor Credit Corporation | Secured | 0.00 | 0.00 |
| 4. | Midfirst Bank | Secured | 7,919.87 | 7,919.87 |
| 5. | ECast Settlement Corp | Unsecured | 779.16 | 779.16 |
| 6. | Resurgent Capital Services | Unsecured | 3,535.79 | 3,535.79 |
| 7. | Municipal Collection Services | Unsecured | 1,247.24 | 1,247.24 |
| 8. | Robert J Adams & Associates | Priority |  | No Claim Filed |
| 9. | Midwest Service | Unsecured |  | No Claim Filed |
| 10. | Instant Cash Advance | Unsecured |  | No Claim Filed |
| 11. | Charter One Bank | Unsecured |  | No Claim Filed |
| 12. | Pay Day Loan Co | Unsecured |  | No Claim Filed |
| 13. | APS | Unsecured |  | No Claim Filed |
| 14. | Spiegel | Unsecured |  | No Claim Filed |
| 15. | PDL Financial Services | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 15,892.06 | $ 15,892.06 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 6.5% | 145.81 |
| 4% | 43.18 |
| 3% | 34.91 |
| 5.5% | 178.17 |
| 5% | 58.15 |
| 4.8% | 95.71 |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Doriety, Regina H

Printed: 9/3/08

Case Number: 04 B 30329
Judge: Wedoff, Eugene R
Filed: 8/16/04

                5.4%             334.11
                             _____
                            $ 890.04

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

                          Marilyn O. Marshall, Trustee, by:

